1 | WILLIAM L HUESTIS (State Bar No. 245966)
wlh@leehuestis.com
2 | LAW OFFICES LEE HUESTIS APC
1901 Newport Blvd., Ste. 350
3 | Costa Mesa, CA 92627
Telephone:    (714) 442-2050
4 | Facsimile:    (714) 464-4163

**FILED & ENTERED**

FEB 08 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent    DEPUTY CLERK

5 | Attorney for Plaintiff
CHRISTOPHER NGUYEN

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

CHONG HEE HWANG,

    Debtor.

_____

CHRISTOPHER NGUYEN

    Plaintiff,

vs.

CHONG HEE HWANG,

    Defendant.

Case No. 8:09-bk-11939-RK

CHAPTER 7

Adv No. 8:09-ap-01308-RK

ORDER APPROVING STIPULATION RE:
DISCHARGEABILITY OF DEBT

    Pursuant to the Stipulation re: Dischargeability of Debt, filed on February 4. 2011 as Docket #36, and good cause appearing,

    IT IS HEARBY ORDERED that the terms and conditions set forth in the Stipulation re: Dischargeability of Debt are approved.

1

1  IT IS HEREBY FURTHER ORDERED that Judgment for nondischargeability is entered in favor
2 of Plaintiff Christopher Nguyen and against DEFENDANT CHONG HEE HWANG pursuant to 11
3 U.S.C. §523(a)(2).
4  IT IS FURTHER ORDERED that Plaintiff Christopher Nguyen claims for nondischargeability
5 against DEFENDANT CHONG HEE HWANG under 11 U.S.C. §523(a)(4) and (a)(6) are hereby
6 dismissed.
7                                             ###

DATED: February 8, 2011

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER APPROVING STIPULATION RE: DISCHARGEABILITY OF DEBT** was entered on the dated indicated as "Entered" on the first page of this judgment or order and will be service in the manner indicated below"

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 8, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

David R Chase    dchaselaw@yahoo.com
William Huestis    wlh@leehuestis.com
Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page